# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Hadia Rafeh, *et al*,

        Plaintiff,

v.

Gold Star Mortgage Financial Group, Corp., *et al.*,

        Defendants.

_____/

Case No. 19-cv-12092

Judith E. Levy
United States District Judge

Mag. Judge Elizabeth A. Stafford

## ORDER GRANTING REQUEST FOR ADDITIONAL TIME TO APPEAR [9]

Plaintiff filed the complaint in this matter on October 31, 2018, in the Superior Court of the State of California. (ECF No. 1, PageID.2.) On January 8, 2019, Defendant removed this case to the Central District of California based upon diversity jurisdiction. (ECF No. 2, PageID.2.) On July 12, 2019, the Central District of California ordered this case transferred to the Eastern District of Michigan pursuant to a forum selection clause in the contract out of which this dispute arises. (*Id.*, at PageID.2, 11.)

Counsel for Defendant Gold Star Mortgage Financial Group entered an appearance on September 6, 2019. (ECF No. 4.) Because no other parties had entered an appearance before this Court, on September 17, 2019 this Court ordered Plaintiff to show cause in writing why this case should not be dismissed for failure to prosecute. (ECF No. 5.) On October 17, 2019, Plaintiff's California attorney—Mr. Ophir Bitton—informed the Court that he was in the process of obtaining admission to practice in the Eastern District of Michigan and, in the meantime, was searching for a local attorney to appear on Plaintiff's behalf. (ECF No. 6.) The Court granted Mr. Bitton an additional sixty days to file an appearance while he made these arrangements. (ECF No. 8.)

On December 20, 2019, Mr. Bitton informed the Court of the specifics steps he had taken to gain admission to practice in the Eastern District of Michigan and requested additional time to file an appearance. (ECF No. 9.) That same day, Ms. Dana C. Combest, an attorney admitted to practice in the Eastern District of Michigan, filed an associated appearance on behalf of Plaintiff. (ECF No. 10.)

Mr. Bitton's request for additional time to file an appearance is GRANTED. Mr. Bitton's attorney shall file an appearance with this

Court no later than **February 17, 2020**. Meanwhile, now that Plaintiff has counsel, the Court will place this matter on the active calendar.

IT IS SO ORDERED.

Dated: January 2, 2020                     s/Judith E. Levy
Ann Arbor, Michigan                 JUDITH E. LEVY
                                             United States District Judge

### **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 2, 2020.

                                             s/William Barkholz
                                             WILLIAM BARKHOLZ
                                             Case Manager